# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### Case No.: 1:22-cv-22594-B Bloom

MOVIE PROP RENTALS LLC, a Florida
limited liability company; and MIAMI
PROP RENTALS LLC, a Florida limited
liability company;

     Plaintiffs,

vs.

THE KINGDOM OF GOD GLOBAL
CHURCH a foreign Missouri not for
Profit corporation and JOSHUA MEDIA
MINISTRIES INTERNATIONAL a foreign
Missouri not for profit corporation;

     Defendants.
_____/

## STIPULATION FOR NON-JURY TRIAL
## AND JOINT MOTION TO RESET TRIAL

The parties, by and through their undersigned counsel respectfully, file this Stipulation and Joint Motion to request this Honorable Court to enter and Order permitting non-jury trial (instead of current jury trial) and rescheduling the trial currently set for December 18, 2023, until at least mid-January 2024, upon the next available non-jury trial period thereafter, and in support thereof states as follows:

1. This action is scheduled for jury trial in the two-week jury trial calendar beginning December 18, 2023.

2. With the court's permission, the parties stipulate and jointly request that the court permit the final hearing and trial of this lawsuit to occur non-jury, instead of the currently scheduled jury trial. This would conserve judicial labor, and significantly reduce expenses to the

parties, in that there is a lot of additional preparation required for jury trial, and the parties estimate that a jury trial would require approximately four jury trial days and a non-jury trial of this case would only consume approximately two non-jury days.

3. In addition, the parties are presently engaged in settlement discussions, and as of today are seeking to resolve this dispute through an informal mediation to be scheduled between mid-December 2023 and mid-January 2024, depending upon availability of the parties and their counsel.

4. Also, as a Christian Church, the Defendants have multiple prearranged events and services throughout the Christmas season that align with the current scheduled trial dates, creating significant challenges for their attendance at the trial. In addition, Defendants are located in Missouri, which makes it more difficult to travel for the trial and manage the Church duties.

5. Further, attorneys and staff members from both parties have prearranged and prepaid holiday events and vacations with their children and families which coincide with the current December 18, 2023 jury trial calendar. Consequently, some will be out of the state during the currently scheduled trial calendar.

6. Furthermore, the expert retained by the Defendants is presently located outside the state and is unable to attend the trial currently scheduled during the Christmas season due to prior commitments.

7. Additionally, the parties stipulate and jointly request the Court to reschedule the pre-trial stipulation from December 4, 20223 to a later date, pending approval for the trial continuance by the judge and in proximity to the new trial date.

8. This Motion is filed in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court grant the relief requested, to permit non-jury trial (instead of jury trial) with the trial not occurring until at least mid-January 2024, upon the next available non-jury trial period thereafter; reschedule the pre-trial stipulation from December 4, 20223 to a later date, in proximity to the new trial date, and such further relief this Court deems just and equitable.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel certified that both parties conferred and have agreed to relief requested herein and have no objection to the trial being rescheduled as stated.

Respectfully submitted,

*s/ Michelle D. Cofino*
Reginald J. Clyne, Esq.
Florida Bar No. 654302
Michelle D. Cofino, Esq.
Florida Bar No.: 27684
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
Counsel for Defendants/Counter-Plaintiffs
9300 South Dadeland Boulevard-4th Floor.
Miami, Florida 33156
Telephone:   (305) 670-1101
Facsimile:    (305) 670-1161
Email: Michelle.C@qpwblaw.com
Reginal.clyne@qpwblaw.com
Cecilia.quevedo@qpwblaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Michelle D. Cofino*
Michelle D. Cofiño, Esq.