UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-22594-B Bloom

MOVIE PROP RENTALS LLC, a Florida
limited liability company; and MIAMI
PROP RENTALS LLC, a Florida limited
liability company;
      Plaintiffs,
vs.
THE KINGDOM OF GOD GLOBAL
CHURCH a foreign Missouri not for
profit corporation and JOSHUA MEDIA
MINISTRIES INTERNATIONAL a foreign
Missouri not for profit corporation;
      Defendants.
_____/

**PLAINTIFFS MOVIE PROP RENTALS LLC AND
MIAMI PROP RENTALS LLC'S REVISED WITNESS LIST**

Plaintiffs' Revised Witness List (adding estimated time for testimony):

1.    Graylan Franklin
   9840 S.W. 96th Street
   Miami, Florida 33176
   The estimated time for direct and cross-examination is 3-4 hours.

2.    Jerry Blohm
   9840 S.W. 96th Street
   Miami, Florida 33176
   The estimated time for direct and cross-examination is 6 hours.

3.    Mercedes Blohm
   9840 S.W. 96th Street
   Miami, Florida 33176
   The estimated time for direct and cross-examination is 1 hour.

4.    Richard Sierra
   9940 N.W. 79th Avenue
   Hialeah Gardens, Florida 33016
   The estimated time for direct and cross-examination is 2-3 hours.

5.    Paul Hendricks
   1605 N. 46 Avenue
   Hollywood, FL 33021
   The estimated time for direct and cross-examination is 1 hour.

6. Richard B. Holmes
   Rich 'N' Son Window Cleaning
   7700 Ingram Road
   Bandera, TX  78003
   The estimated time for direct and cross-examination is 1 hour.

7. Joseph Busch (may call as adverse)
   c/o counsel for defendants
   If called by plaintiffs, the estimated time for direct and cross-examination is 4 hours.

8. Ashlee Larimer (may call as adverse)
   c/o counsel for defendants
   If called by plaintiffs, the estimated time for direct and cross-examination is 1-2 hours.

9. Kane Smith (may call as adverse)
   c/o counsel for defendants
   If called by plaintiffs, the estimated time for direct and cross-examination is 2 hours.

Dated: December 4, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, this revised witness list was filed and therefore electronically served upon each of the interested parties' attorneys identified below by electronic means (email) to each of the primary and secondary email addresses indicated below.

WILLIAM M. TUTTLE, II, P.A.
Attorney for plaintiffs Movie and Miami Prop
700 South Dixie Highway, Suite #200
Coral Gables, Florida 33146
Telephone: (305) 375-8181
Primary E-mail: wmtuttle@bellsouth.net
Secondary E-mail: stuttle@bellsouth.net

By:__/s/ William M. Tuttle, II_____
WILLIAM M. TUTTLE, II
Fla. Bar No.: 377627

## SERVICE LIST
Movie Prop Rentals LLC and Miami Prop Rentals LLC
v.
The Kingdom Of God Global Church and Joshua Media Ministries International

Case Number: 1:22-cv-22594-BBloom

Michelle D. Cofiño, Esq.
Eric Boyer, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Boulevard, 4th Floor
Miami, Florida 33156
Primary Address: Service of Court Documents- Rclyne.pleadings@qpwblaw.com
Primary Address: Michelle D. Cofiño, Esq - Michelle.Cofino@qpwblaw.com
Primary Address: Eric Boyer, Esq – Eboyer@qpwblaw.com
Secondary Address: Cecilia Quevedo - Cecilia.quevedo@qpwblaw.com