UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-22594-B Bloom

MOVIE PROP RENTALS LLC, a Florida
limited liability company; and MIAMI
PROP RENTALS LLC, a Florida limited
liability company;

    Plaintiffs,

vs.

THE KINGDOM OF GOD GLOBAL
CHURCH a foreign Missouri not for
profit corporation and JOSHUA MEDIA
MINISTRIES INTERNATIONAL a foreign
Missouri not for profit corporation;

    Defendants.
_____/

## PLAINTIFFS MOVIE PROP RENTALS LLC AND MIAMI PROP RENTALS LLC'S EXHIBIT LIST

| EXHIBIT | EXHIBIT | DATE | OBJECTIONS | OFFER |
|---------|---------|------|------------|-------|
| Plf Ex 1 | Stage Mockup | N/A | | Expects |
| Plf Ex 2 | Email 030120 | 03/01/2020 | | Expects |
| Plf Ex 3 | JMMI Kingdom_v2_01-GenFloorPlan p20 | N/A | | Expects |
| Plf Ex 4 | Center Kingdom Amway Center Set 1 | N/A | | Expects |
| Plf Ex 5 | Kingdom Front Elevation 21 | N/A | | Expects |
| Plf Ex 6 | First Budget D8 679,345 D128 | N/A | | Expects |
| Plf Ex 7 | Email 032520 Jery to Michelle | 03/25/2020 | | Expects |

| | | | | |
|---|---|---|---|---|
| Plf Ex 8 | Final Budget | N/A | | Expects |
| Plf Ex 9 | Invoice First 032520 | 03/25/2020 | | Expects |
| Plf Ex 10-A | Invoice Second 033120 | 03/31/2020 | | Expects |
| Plf Ex 10-B | Text Exchanges 042220 | 04/22/2020 | | Expects |
| Plf Ex 11 | Text Exchanges 042220 | 04/22/2020 | | Expects |
| Plf Ex 12 | Email 042320 and Invoice Third | 04/23/2020 | | Expects |
| Plf Ex 13 | Email 042820 and Invoice Fourth | 04/28/2020 | | Expects |
| Plf Ex 14 | Budget Ds 1.262 DE 14-1 | N/A | | Expects |
| Plf Ex 15 | Email 022620 Rule7 | 02/26/2020 | | Expects |
| Plf Ex 16 | Email 032520 | 03/25/2020 | | Expects |
| Plf Ex 17 | Email 032620 032720 Jerry Michelle DEF 0318f | 03/26/2020 | | Expects |
| Plf Ex 18-A | Email 042020 Lions | 04/20/2020 | | Expects |
| Plf Ex 18-B | Email 042120 | 04/21/2020 | | Expects |
| Plf Ex 19 | Email 042920 Rule14 | 04/29/2020 | | Expects |
| Plf Ex 20-A | Email 042820 Jerry to Michelle Rule16 | 04/28/2020 | | Expects |
| Plf Ex 20-B | Email 043020 Jerry to Michelle Rule16 | 04/30/2020 | | Expects |
| Plf Ex 21-A | Email 050520 Jerry to Michelle Rule17 | 05/05/2020 | | Expects |
| Plf Ex 21-B | Email 061520 Graylan to Michelle | 06/15/2020 | | Expects |
| Plf Ex 22 | Email 051520 Jerry to David Taylor | 05/15/2020 | | Expects |
| Plf Ex 23 | Email 051520 Jerry Michelle Taylor | 05/15/2020 | | Expects |
| Plf Ex 24 | Text Exchanges 050420-050920 | 05/04/2020 | | Expects |
| Plf Ex 25 | Email 052320 Jerry Michelle DEF 0318 | 05/23/2020 | | Expects |
| Plf Ex 25-A | Email Jerry to Michelle 060920 | 06/09/2020 | | Expects |
| Plf Ex 25-B | Email Michelle to Jerry 06/09/20 | 06/09/2020 | | Expects |

| | | | | |
|---|---|---|---|---|
| Plf Ex 26 | Email 062620 Michelle to Jerry | 06/25/2020 | | Expects |
| Plf Ex 27 | Payments recd Rule27 | N/A | | Expects |
| Plf Ex 28 | Text 120620 Exchanges | 12/03/2020 | | Expects |
| Plf Ex 29 | Text Exchanges Chrome 021221 Rule33 | 02/12/2021 | | Expects |
| Plf Ex 30 | Text 031821 Exchanges | 03/18/2021 | | Expects |
| Plf Ex 31 | Text Exchanges April May 2021 | N/A | | Expects |
| Plf Ex 32 | Text 051721 052121 Pastor Rule32 | 05/17/2021 | | Expects |
| Plf Ex 33 | Text 052021 Exchanges | 05/20/2021 | | Expects |
| Plf Ex 34 | Declaration of Sierra 09132023 | 09/13/2023 | | Expects |
| Plf Ex 35 | Expert Summary Rick Sierra 050223 | 05/02/2023 | | Expects |
| Plf Ex 36 | Picture DEF00077-2020-04-27 (2) | N/A | | Expects |
| Plf Ex 37 | Picture DEF00079-04-27 (4) | N/A | | Expects |
| Plf Ex 38 | Picture DEF00082-2020-04-27 | N/A | | Expects |
| Plf Ex 39 | Picture DEF00107-IMG_8256 | N/A | | Expects |
| Plf Ex 40 | Picture DEF00115-Lions 2 | N/A | | Expects |
| Plf Ex 41 | Picture DEF00120-Pillar Gold Crowns 4 | N/A | | Expects |
| Plf Ex 42 | Picture DEF00172-Set Frame | N/A | | Expects |
| Plf Ex 43 | Picture DEF00259-4G0A4012 | N/A | | Expects |
| Plf Ex 44 | Picture DEF00273-4G0A4019 | N/A | | Expects |
| Plf Ex 45 | Video DEF00173-Size of Stage | N/A | | Expects |
| Plf Ex 46 | Video DEF00189-Wood Frame Hanging | N/A | | Expects |
| Plf Ex 47 | Deposition of Graylan Franklin | 08/21/2023 | | Expects (may read portions) |
| Plf Ex 48 | Deposition of Jerry Blohm | 08/21/2023 | | Expects (may read portions) |

| | | | | |
|---|---|---|---|---|
| Plf Ex 49 | Deposition of Paul Hendricks | 08/18/2023 | | Expects (may read portions) |
| Plf Ex 50 | Deposition of Mercedes Blohm | 08/18/2023 | | Expects (may read portions) |
| Plf Ex 51 | Deposition of Richard Sierra | 08/22/2023 | | Expects (may read portions) |
| Plf Ex 52 | Deposition of Joseph Busch | 08/14/2023 | | Expects (may read portions) |
| Plf Ex 53 | Deposition of Ashlee Nicole Larimer | 08/22/2023 | | Expects (may read portions) |
| Plf Ex 54 | Deposition of Kane Smith | 08/16/2023 | | Expects (may read portions) |
| Plf Ex 55 | Answers Ds to Rogs redacted | 03/23/2023 | | Expects |
| Plf Ex 56 | Answers Second Amended 071323 091323 | 07/13/2023 | | Expects |
| Plf Ex 57 | Answer Ds and Defenses Counterclaim 092322 | 09/23/2022 | | Expects (may read portions) |

Dated: December 4, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, this exhibit list was filed and therefore electronically served upon each of the interested parties' attorneys identified below by electronic means (email) to each of the primary and secondary email addresses indicated below.

WILLIAM M. TUTTLE, II, P.A.
Attorney for plaintiffs Movie and Miami Prop
700 South Dixie Highway, Suite #200
Coral Gables, Florida 33146
Telephone: (305) 375-8181
Primary E-mail: wmtuttle@bellsouth.net
Secondary E-mail: stuttle@bellsouth.net

By:__/s/ William M. Tuttle, II_____
   WILLIAM M. TUTTLE, II
   Fla. Bar No.: 377627

## SERVICE LIST
Movie Prop Rentals LLC and Miami Prop Rentals LLC
v.
The Kingdom Of God Global Church and Joshua Media Ministries International
Case Number: 1:22-cv-22594-BBloom

Michelle D. Cofiño, Esq.
Eric Boyer, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Boulevard, 4th Floor
Miami, Florida 33156
Primary Address: Service of Court Documents- Rclyne.pleadings@qpwblaw.com
Primary Address: Michelle D. Cofiño, Esq - Michelle.Cofino@qpwblaw.com
Primary Address: Eric Boyer, Esq – Eboyer@qpwblaw.com
Secondary Address: Cecilia Quevedo - Cecilia.quevedo@qpwblaw.com