UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-22594-B Bloom

MOVIE PROP RENTALS LLC, a Florida
limited liability company; and MIAMI
PROP RENTALS LLC, a Florida limited
liability company;

     Plaintiffs,
vs.

THE KINGDOM OF GOD GLOBAL
CHURCH a foreign Missouri not for
profit corporation and JOSHUA MEDIA
MINISTRIES INTERNATIONAL a foreign
Missouri not for profit corporation;

     Defendants.
_____/

**DEFENDANTS' THE KINGDOM OF GOD GLOBAL CHURCH AND JOSHUA MEDIA MINISTRIES INTERNATIONAL INITIAL TRIAL EXHIBIT LIST**

Defendants THE KINGDOM OF GOD GLOBAL CHURCH and JOSHUA MEDIA MINISTRIES INTERNATIONAL, by and through their undersigned counsel, hereby submits their Initial Trial Exhibit List, as follows:

| Expect/May | Def. No. | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| M | 1 | | | | Summary of donations raised for Project DEF00307 |
| E | 2 | | | | Arena Contract Amendment DEF00306 |
| E | 3 | | | | Email exchange from 1/20/2020 – 3/10/2020 with City of Orlando re: Amway Orlando Arena event DEF00309 |

| | | | | | | |
|---|---|---|---|---|---|---|
| E | 4 | | | | | Email exchange dated 3/19/2019 re Amway Orlando Arena event DEF00310 |
| M | 5 | | | | | JMMI 2020 -2022 Bank Statements showing amounts paid and account balances DEF6863-6998 |
| M | 6 | | | | | KOGGC Bank Statements showing amounts paid and account balances DEF6989-6994 |
| E | 7 | | | | | Plaintiffs' Budget for Project – dated 2/12/2020 for $679,345 DEF00008 |
| E | 8 | | | | | Plaintiffs' Budget for Project – dated 3/15/2020 for $1,582,996 DEF00009-20 |
| E | 9 | | | | | Plaintiffs' Labor rate chart DEF00009 |
| M | 10 | | | | | Plaintiffs' Petty Cash Disbursement Form DEF00022 |
| E | 11 | | | | | Plaintiff's Budget for Project - $2,244,366 DEF00047 |
| M | 12 | | | | | Plaintiff's Budget re Construction and Design Crew wages DEF00049 |
| E | 13 | | | | | Plaintiff's Final Budget and oral Contract $1,256,418 DEF00052 |
| M | 14 | | | | | Cease and Desist Letter to Richard Holmes DEF00357 |
| E | 15 | | | | | Deposition transcript of Ashley Nicole Larimer and all exhibits |
| E | 16 | | | | | Deposition transcript of Franklin Graylan and all exhibits |

| | | | | | |
|---|---|---|---|---|---|
| E | 17 | | | | Deposition transcript of Jerry Blohm and all exhibits |
| E | 18 | | | | Deposition transcript of Joseph Busch and all exhibits |
| E | 19 | | | | Deposition transcript of Kane Smith and all exhibits |
| E | 20 | | | | Deposition transcript of Mercedes Blohm and all exhibits |
| E | 21 | | | | Deposition transcript of Paul Hendricks and all exhibits |
| E | 22 | | | | Deposition transcript of Richard Sierra and all exhibits |
| E | 23 | | | | Defendants 4th Amended Answers to Plaintiffs' 2d RFP |
| E | 24 | | | | Defendants' 4th Amended Answers to Plaintiff's Request for Production |
| E | 25 | | | | Defendants' Answers to Interrogatories |
| E | 26 | | | | Plaintiffs' Answers to Defendant's Interrogatories |
| E | 27 | | | | Miami Prop Responses to Defendants' Request for Production |
| E | 28 | | | | Movie Prop Responses to Defendants' Request for Production |
| M | 29 | | | | Defendants' donations received per month DEF0358-359 |
| M | 30 | | | | JMMI Donations Spreadsheet DE00371-1706 |
| M | 31 | | | | KOGGC Donations Spreadsheets DEF01707-6814 |
| E | 32 | | | | Email dated April 29, 2020 re Amway Arena event DEF00037 |
| E | 33 | | | | Email dated March 20, 2020 re Amway Arena event DEF00311 |

| | | | | | |
|---|---|---|---|---|---|
| E | 34 | | | | Email dated March 26, 2020 re Amway Arena event DEF00312 |
| E | 35 | | | | Email dated January 21, 2021 re Amway Arena event Amendment to Contract with attached Amendment DEF00322 |
| E | 36 | | | | Email dated February 8, 2019, re Amway Arena event DEF00323 |
| E | 37 | | | | Email dated March 5, 2020 re Amway Arena event DEF00324 |
| E | 38 | | | | Email dated April 29, 2020 re Amway Arena event DEF00324 |
| E | 39 | | | | Email dated May 18, 2020 re Amway Arena event with Deposit record DEF00325 |
| E | 40 | | | | Email dated November 6, 2019, re Amway Arena event DEF00326 |
| E | 41 | | | | Email dated February 15, 2020 re Amway Arena event DEF0037 |
| E | 42 | | | | Email dated January 24, 2020 re Amway Arena event DEF00328 |
| E | 43 | | | | Email dated April 29, 2020 re Amway Arena event DEF00329 |
| E | 44 | | | | Email dated January 13, 2020 re Amway Arena event DEF00330 |
| E | 45 | | | | Email dated May 22, 2020 re Amway Arena event DEF00331 |
| E | 46 | | | | Email dated May 9, 2020 re Amway Arena event with attached Amendment to Amway contract DEF00334 |
| E | 47 | | | | Email dated March 12 ,2019 re Amway Arena event |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | DEF00335 |
| E | 49 | | | | Emails between parties concerning budget dated March 20, 2020 with attached budget DEF00029 |
| E | 50 | | | | Emails between parties concerning budget dated March 25, 2020 with attached budget DEF00031 |
| E | 51 | | | | Emails between parties concerning budget dated April 7, 2020 DEF00032 |
| E | 52 | | | | Emails between parties concerning budget dated May 27, 2020 with attached budget DEF00038 |
| E | 53 | | | | Emails between parties concerning budget dated March 20, 2020 with attached budget DEF00044 |
| E | 54 | | | | Emails between parties concerning budget dated March 8, 2020 with attached budget DEF00313 |
| E | 55 | | | | Emails between parties concerning budget dated May 26, 2021 with attached budget DEF00316 |
| E | 56 | | | | Emails between parties concerning budget dated May 15, 2020 with attached budget DEF00317 |
| E | 57 | | | | Emails between parties concerning budget dated May 27, 2021, with attached budget DEF00319 |

| | | | | | |
|---|---|---|---|---|---|
| E | 58 | | | | Emails between parties concerning dispute over proposed budget dated June 9, 2020<br>DEF00041 |
| E | 59 | | | | Emails between parties concerning dispute over proposed budget dated June 9, 2020<br>DEF00332 |
| E | 60 | | | | Emails between the parties concerning changes to project scope dated March 12, 2020<br>DEF00027 |
| E | 61 | | | | Emails between the parties concerning changes to project scope dated March 12, 2020<br>DEF00028 |
| E | 62 | | | | Emails between the parties concerning changes to project scope dated March 21, 2020 with budget attached<br>DEF00029 |
| E | 63 | | | | Emails between the parties concerning changes to project scope dated May 27, 2021<br>DEF00042 |
| E | 64 | | | | Emails regarding column project marketing dated April 7, 2020<br>DEF00034 |
| E | 65 | | | | Emails regarding request for rendering contract<br>DEF00004 |
| M | 66 | | | | Composite exhibit JMMI Bank Statements<br>DEF00338-349 |
| M | 67 | | | | Composite exhibit KOGGC Bank Statements<br>DEF00350-356 |
| E | 68 | | | | Emails regarding payments made dated April 23, 2020 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | DEF00036 |
| E | 69 | | | | Emails regarding payments made dated February 25, 2020<br>DEF00043 |
| E | 70 | | | | Emails regarding payments made dated March 8, 2020<br>DEF00320 |
| E | 71 | | | | Emails regarding progress of work dated May 15, 2020<br>DEF00039 |
| E | 72 | | | | Emails regarding progress of work dated May 23, 2020<br>DEF00040 |
| E | 73 | | | | Emails regarding progress of work dated May 15, 2020<br>DEF00042 |
| E | 74 | | | | Emails regarding progress of work<br>DEF00318 |
| E | 75 | | | | Emails regarding project renderings Feb. 29, 2020 with attached renderings<br>DEF00003 |
| E | 76 | | | | Emails regarding project renderings Feb. 29, 2020 with attached renderings<br>DEF00024 |
| E | 77 | | | | Emails regarding project renderings March 1, 2020 with attached renderings<br>DEF00025 |
| E | 78 | | | | Emails regarding project renderings March 12, 2020 with attached renderings<br>DEF00027 |
| E | 79 | | | | Emails regarding project renderings March 26, 2020 with attached renderings<br>DEF00030 |
| E | 80 | | | | Emails regarding project renderings April 6, 2020 with attached renderings<br>DEF00033 |

| | | | | | | |
|---|---|---|---|---|---|---|
| E | 81 | | | | | Emails regarding project renderings March 8, 2020 with attached renderings DEF00044 |
| E | 82 | | | | | Emails regarding project renderings April 7, 2020 DEF00314 |
| E | 83 | | | | | Emails regarding project renderings March 8, 2020 with attached renderings DEF00321 |
| E | 84 | | | | | All project renderings and plans |
| E | 85 | | | | | Travel Expenses DEF00354 |
| E | 86 | | | | | Travel Expenses DEF00355 |
| M | 87 | | | | | Vision Scenery stage prop budget estimate DEF06815-6818 |
| M | 88 | | | | | Big Apple Props stage prop budget estimate DEF0619 |
| M | 89 | | | | | Made First stage prop estimate DEF06820-6822 |
| M | 90 | | | | | Plaintiff's Demand Letter DEF00006-07 |
| E | 91 | | | | | Complaint |
| M | 92 | | | | | Notice of Removal |
| E | 93 | | | | | Defendants' Answer and Affirmative Defenses and Counterclaims |
| E | 94 | | | | | Defendants' Initial Disclosures |
| E | 95 | | | | | Composite Exhibit Arena Prop Set Progress Photos DEF00065-123 DEF00172-189 |
| E | 96 | | | | | Composite Exhibit Arena Prop Set Progress Video clips DEF00124-171 |
| E | 97 | | | | | Composite Exhibit Initial Site Visit photos DEF00190-30 |

| | | | | | |
|---|---|---|---|---|---|
| E | 98 | | | | Initial Site Visit Audio DEF6863 |
| E | 99 | | | | Initial Site Visit Audio DEF6864 |
| E | 100 | | | | Stage Prop Marketing video DEF00305 |
| E | 101 | | | | Stage Prop Marketing video DEF00308 |
| E | 102 | | | | Kingdom set renderings |
| E | 103 | | | | Emails regarding project renderings with attached renderings dated February 29, 2020 DEF00024 |
| E | 104 | | | | Emails regarding project renderings with attached renderings dated March 1, 2020 DEF00025 |
| E | 105 | | | | Emails regarding project renderings with attached renderings dated March 11, 2020 DEF00026 |
| M | 106 | | | | Composite Exhibit of Documents regarding Richard Holmes campaign against Defendants DEF00360-370 DEF6833-6852 DEF6853-6861 |
| E | 107 | | | | Composite Exhibit of Text Messages regarding project dispute DEF00053-64 |
| M | 108 | | | | Plaintiffs' Trial Exhibits |

9

Respectfully submitted,

s/ *Michelle D. Cofino*
Reginald J. Clyne, Esq.
Florida Bar No.: 654302
Michelle D. Cofino, Esq.
Florida Bar No.: 27684
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
Counsel for Defendants/Counter-Plaintiffs
9300 South Dadeland Boulevard-4th Floor.
Miami, Florida 33156
Telephone: (305) 670-1101
Facsimile: (305) 670-1161
Email: Reginald.Clyne@qpwblaw.com
Michelle.Cofino@qpwblaw.com
Cecilia.quevedo@qpwblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Michelle D. Cofiño, Esq.*
Michelle D. Cofiño, Esq.