UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-22594-B Bloom

MOVIE PROP RENTALS LLC, a Florida
limited liability company; and MIAMI
PROP RENTALS LLC, a Florida limited
liability company;
    Plaintiffs,
vs.
THE KINGDOM OF GOD GLOBAL
CHURCH a foreign Missouri not for
profit corporation and JOSHUA MEDIA
MINISTRIES INTERNATIONAL a foreign
Missouri not for profit corporation;
    Defendants.
_____/

## PLAINTIFFS MOVIE PROP RENTALS LLC AND MIAMI PROP RENTALS LLC'S WITNESS LIST

Plaintiffs' Witnesses:

1. Graylan Franklin
   9840 S.W. 96th Street
   Miami, Florida 33176

2. Jerry Blohm
   9840 S.W. 96th Street
   Miami, Florida 33176

3. Mercedes Blohm
   9840 S.W. 96th Street
   Miami, Florida 33176

4. Richard Sierra
   9940 N.W. 79th Avenue
   Hialeah Gardens, Florida 33016

5. Paul Hendricks
   1605 N. 46 Avenue
   Hollywood, FL 33021

6. Richard B. Holmes
   Rich 'N' Son Window Cleaning
   7700 Ingram Road
   Bandera, TX  78003

7.     Joseph Busch (may call as adverse)
       c/o counsel for defendants

8.     Ashlee Larimer (may call as adverse)
       c/o counsel for defendants

9.     Kane Smith (may call as adverse)
       c/o counsel for defendants

Dated: December 4, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, this witness list was filed and therefore electronically served upon each of the interested parties' attorneys identified below by electronic means (email) to each of the primary and secondary email addresses indicated below.

    WILLIAM M. TUTTLE, II, P.A.
    Attorney for plaintiffs Movie and Miami Prop
    700 South Dixie Highway, Suite #200
    Coral Gables, Florida 33146
    Telephone: (305) 375-8181
    Primary E-mail: wmtuttle@bellsouth.net
    Secondary E-mail: stuttle@bellsouth.net

    By: __/s/ William M. Tuttle, II_____
        WILLIAM M. TUTTLE, II
        Fla. Bar No.: 377627

## SERVICE LIST

Movie Prop Rentals LLC and Miami Prop Rentals LLC
v.
The Kingdom Of God Global Church and Joshua Media Ministries International
Case Number: 1:22-cv-22594-BBloom

Michelle D. Cofiño, Esq.
Eric Boyer, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Boulevard, 4th Floor
Miami, Florida 33156
Primary Address: Service of Court Documents- Rclyne.pleadings@qpwblaw.com
Primary Address: Michelle D. Cofiño, Esq - Michelle.Cofino@qpwblaw.com
Primary Address: Eric Boyer, Esq – Eboyer@qpwblaw.com
Secondary Address: Cecilia Quevedo - Cecilia.quevedo@qpwblaw.com