UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-22594-B Bloom

MOVIE PROP RENTALS LLC, a Florida
limited liability company; and MIAMI
PROP RENTALS LLC, a Florida limited
liability company;

    Plaintiffs,

vs.

THE KINGDOM OF GOD GLOBAL
CHURCH a foreign Missouri not for
profit corporation and JOSHUA MEDIA
MINISTRIES INTERNATIONAL a foreign
Missouri not for profit corporation;

    Defendants.
_____/

### DEFENDANTS' THE KINGDOM OF GOD GLOBAL CHURCH AND JOSHUA MEDIA MINISTRIES INTERNATIONAL INITIAL TRIAL WITNESS LIST

Defendants THE KINGDOM OF GOD GLOBAL CHURCH and JOSHUA MEDIA MINISTRIES INTERNATIONAL, by and through their undersigned counsel, hereby submits their Initial Trial Witness List, as follows:

| Witness | Contact Information |
|---|---|
| Graylan Franklin | c/o Plaintiffs' Counsel William M. Tuttle, Esq. |
| Jerry Blohm | c/o Plaintiffs' Counsel William M. Tuttle, Esq. |
| Movie Prop Rentals LLC Corporate Representative | c/o Plaintiffs' Counsel William M. Tuttle, Esq. |
| Miami Prop Rentals LLC Corporate Representative | c/o Plaintiffs' Counsel William M. Tuttle, Esq. |
| Movie Prop Rentals LLC Records Custodian | c/o Plaintiffs' Counsel William M. Tuttle, Esq. |
| Miami Prop Rentals LLC Records Custodian | c/o Plaintiffs' Counsel William M. Tuttle, Esq. |

1

| Mercedes Blohm | c/o Plaintiffs' Counsel William M. Tuttle, Esq. |
|---|---|
| Richard Sierra | 9940 NW 79th Ave. Hialeah Gardens, FL 33016 |
| Paul Hendricks | 1605 N 46th Ave. Hollywood, FL 33021 |
| Joseph Busch | c/o Defendants' counsel Michelle Diaz Cofiño, Esq. |
| Ashlee Larimer | c/o Defendants' counsel Michelle Diaz Cofiño, Esq. |
| Kane Smith | c/o Defendants' counsel Michelle Diaz Cofiño, Esq. |
| Tony Bastianelli | c/o Defendants' counsel Michelle Diaz Cofiño, Esq. |
| Rebuttal witnesses as necessary | |
| Plaintiff's designated witnesses | |

Respectfully submitted,

s/ *Michelle D. Cofino*
Reginald J. Clyne, Esq.
Florida Bar No.: 654302
Michelle D. Cofino, Esq.
Florida Bar No.: 27684
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
Counsel for Defendants/Counter-Plaintiffs
9300 South Dadeland Boulevard-4th Floor.
Miami, Florida 33156
Telephone:    (305) 670-1101
Facsimile:     (305) 670-1161
Email: Reginald.Clyne@qpwblaw.com
Michelle.Cofino@qpwblaw.com
Cecilia.quevedo@qpwblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Michelle D. Cofiño, Esq.*
Michelle D. Cofiño, Esq.