UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-22594-BLOOM/Torres

MOVIE PROP RENTALS LLC, *et al.*,

    Plaintiffs,

v.

THE KINGDOM OF GOD GLOBAL CHURCH, *et al.*,

    Defendants.

_____/

**ORDER SCHEDULING TRIAL**

**THIS CAUSE** is before the Court upon the calendar call held on December 12, 2023 at 1:45 p.m. at the United States Courthouse, 400 North Miami, Avenue, Courtroom 10-2, Miami, Florida. *See* ECF No. [171]. For the reasons stated on the record, the trial period in this case is amended as follows:

This cause is specially set for non-jury trial beginning on **January 22, 2024 at 9:00 a.m**. **at the United States Courthouse, 400 North Miami, Avenue, Courtroom 10-2, Miami, Florida**. The parties shall appear before the Court for a **pretrial settlement conference at 1:00 p.m. on Tuesday, January 16, 2024**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 12, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record