UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-22594-CV-BLOOM/TORRES**

MOVIE PROP RENTALS LLC,
MIAMI PROP RENTALS, LLC,

       Plaintiffs,

vs.

THE KINGDOM OF GOD GLOBAL
CHURCH,

       Defendant.
_____

## NOTICE SCHEDULING SETTLEMENT CONFERENCE

Pursuant to an Order of Referral for Settlement Conference entered by United States District Judge Beth Bloom (D.E. #172), a settlement conference in this matter is scheduled before Chief United States Magistrate Judge Edwin G. Torres on **Wednesday, January 10, 2024 at 10:00 a.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record.  Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

DONE in Miami, Florida this 15th day of December, 2023.

ANGELA E. NOBLE
CLERK OF COURT

Maedon Clark, Deputy Clerk

---

[1] The settlement conference will be conducted via ZOOM.  The parties will receive the ZOOM information by email.