UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-cv-22594-B Bloom

MOVIE PROP RENTALS LLC, a Florida
limited liability company; and MIAMI
PROP RENTALS LLC, a Florida limited
liability company;

    Plaintiffs,
vs.
THE KINGDOM OF GOD GLOBAL
CHURCH a foreign Missouri not for
Profit corporation and JOSHUA MEDIA
MINISTRIES INTERNATIONAL a foreign
Missouri not for profit corporation;

    Defendants.
_____/

**PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO ALLOW
COUNSEL AND STAFF TO BRING LAPTOP, ACCESSORIES
AND TELEPHONES INTO THE COURTHOUSE FOR USE AT TRIAL**

Undersigned counsel for plaintiffs MOVIE PROP RENTALS LLC and MIAMI PROP RENTALS LLC moves for entry of an order granting leave to permit undersigned counsel and staff to bring their laptop computer, telephones, and related accessories into the Courthouse for use at a pretrial settlement conference hearing currently scheduled for January 16, 2024, and at a special set nonjury trial on January 22, 2024 and January 23, 2024, and in support thereof states:

    1.    Undersigned counsel represents plaintiffs. A pretrial settlement conference hearing is scheduled for 1:00 p.m. on Tuesday, January 16, 2024, and the nonjury trial of this case is specially set for hearing on January 22, 2024 and January 23, 2024, and undersigned counsel expect to need and would like to use their cell phones (1 iPhone and 1 Samsung), a laptop computer (Surface Pro 7, Device ID# DB2FA5FC-D562-468C-80EB-8C832EAC5E9) and related equipment (such as power cords, and connection cords), to present matters to the court including evidence, and to assist them

during the hearing and the trial including during preparations for trial. Undersigned counsel plans to use such equipment to conduct such proceedings, and to prepare any pleadings or other documents which may be needed during trial.

2.     Counsel does not expect that the use of their cellular telephones, laptop computer and related equipment would be distracting to the Court.

3.     Accordingly, by this motion, plaintiffs move for entry of an order granting leave for plaintiffs' counsel William M. Tuttle Esq. and Siumilda Tuttle his paralegal to each bring cellular telephones (1 iPhone and 1 Samsung), and one or both to bring counsel's laptop computer (Surface Pro 7, Device ID# DB2FA5FC-D562-468C-80EB-8C832EAC5E9) and related accessories, into the Courthouse for use in court including at the above described hearing, and trial.

WHEREFORE, the undersigned counsel for plaintiffs moves for entry of an order granting leave to permit counsel and staff to bring their cellular telephones, and a laptop computer and related accessories, into the Courthouse for use in future court proceedings including January 16, 2023 hearing, and at trial January 22, 2024 and January 23, 2024, and any further relief this Court deems just.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for both parties have confirmed and have agreed to the relief requested in this motion. Indeed, it is expected counsel for defendants will seek similar relief.

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, this motion was filed and was therefore served electronically upon each of the interested parties' attorneys identified below by electronic means (email) to each of the primary and secondary email addresses indicated below.

WILLIAM M. TUTTLE, II, P.A.
Attorney for plaintiffs Movie and Miami Prop
700 South Dixie Highway, Suite #200
Coral Gables, Florida 33146
Telephone: (305) 375-8181
Primary E-mail: wmtuttle@bellsouth.net
Secondary E-mail: stuttle@bellsouth.net

By:__/s/ William M. Tuttle, II _____
WILLIAM M. TUTTLE, II
Fla. Bar No.: 377627


**SERVICE LIST**
Movie Prop Rentals LLC and Miami Prop Rentals LLC
v.
The Kingdom Of God Global Church and Joshua Media Ministries International
Case Number: 1:22-cv-22594-BBloom

Michelle D. Cofiño, Esq.
Eric Boyer, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Boulevard, 4th Floor, Miami, Florida 33156
Primary Address: Service of Court Documents- Rclyne.pleadings@qpwblaw.com
Primary Address: Michelle D. Cofiño, Esq - Michelle.Cofino@qpwblaw.com
Primary Address: Eric Boyer, Esq – Eboyer@qpwblaw.com
Secondary Address: Cecilia Quevedo - Cecilia.quevedo@qpwblaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-cv-22594-B Bloom

MOVIE PROP RENTALS LLC, a Florida
limited liability company; and MIAMI
PROP RENTALS LLC, a Florida limited
liability company;
    Plaintiffs,
vs.
THE KINGDOM OF GOD GLOBAL
CHURCH a foreign Missouri not for
Profit corporation and JOSHUA MEDIA
MINISTRIES INTERNATIONAL a foreign
Missouri not for profit corporation;
    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION FOR LEAVE
TO ALLOW COUNSEL AND STAFF TO BRING LAPTOP, ACCESSORIES
AND TELEPHONES INTO THE COURTHOUSE FOR USE AT TRIAL**

    THIS MATTER is before the court upon plaintiffs' counsel's January 10, 2024 Motion For Leave to Allow Counsel and Staff to Bring Laptop, Accessories and Telephones into the Courthouse For Use at Trial [DE 176]. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore GRANTED.

    Plaintiffs' counsel William Tuttle Esq. and staff Siumilda Tuttle are each authorized to bring cellular telephones and counsel's laptop computer (Surface Pro 7, Device ID# DB2FA5FC-D562-468C-80EB-8C832EAC5E9) and related equipment (such as power cords, and connection cords, flash drives) into the courthouse (Wilkie G. Furguson Jr. U.S. Courthouse, 400 North Miami Avenue, Chambers 10-2, Miami, Florida 33128) and the courtroom for the undersigned judge to assist them at the pretrial settlement conference hearing scheduled for 1:00 p.m. on Tuesday, January 16, 2023, and during the specially set trial in this cause on January 22, 2024 and January 23, 2024. All cell phones shall be kept on "vibrate" or "silent" mode. Counsel shall present a copy of this order to security personnel upon entry into the courthouse with such equipment.

    DONE AND ORDERED in Chambers in Miami-Dade County, Florida on January ___, 2024.

                                                                            _____
                                                                            BETH BLOOM
                                                                            United States District Judge

<u>Copies Provided</u>:
All Counsel of Record